UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

YELSON DANIEL PACHECO MURILLO,　　　　　　　　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 4:26-cv-39-DJH

KRISTI NOEM, Secretary, Department of
Homeland Security et al.,　　　　　　　　　　　　　　　　　　Respondents.

\* \* \* \* \*

## ORDER

Petitioner Yelson Daniel Pacheco Murillo filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Docket No. 1) and a motion for a temporary restraining order and preliminary injunction (D.N. 2). On January 30, 2026, Respondents filed a notice stating that Pacheco Murillo had been released from custody. (D.N. 9) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Pacheco Murillo's habeas petition (D.N. 1) and motion for a temporary restraining order and preliminary injunction (D.N. 2) are **DENIED** as moot. This matter is **CLOSED**.

February 2, 2026

David J. Hale, Chief Judge
United States District Court

1